BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (State Bar #105468)
1083 Mission Street, 3rd Floor
San Francisco, CA  94103
Telephone:    415-398-1040
Facsimile:    415-398-2001

Attorneys for Plaintiff
DAVE WILLIAMS


EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Raymond M. Paetzold (State Bar #77678)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    415-227-9455
Facsimile:    415-227-4255
Email:  rpaetzold@edptlaw.com

Attorneys for Defendant
TRANSBAY CONTAINER TERMINAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL TRANSPORTATION SERVICES, INC., and/or TRANSBAY CONTAINER TERMINAL, INC.,<br><br>　　　　Defendants. | Case No.:  CV 11-6596 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE JOINT CASE MANAGEMENT CONFERENCE DATE**<br><br>Complaint Filed:  December 21, 2011<br><br>**CURRENT CMC DATE**: July 6, 2012<br>**PROPOSED CMC DATE**: July 20, 2012 |

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CHANGE JOINT CASE MANAGEMENT CONFERENCE DATE
Case No. CV 11-6596

G:\24147.243 Williams\Pleadings\Stip to change CMC date.doc

EMARD DANOFF PORT TAMULSKI
& PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

1   Pursuant to this Court's Case Management Conference Order entered on May 23, 2012, Plaintiff Dave Williams and Defendant TransBay Container Terminal, Inc., through their respective counsel, hereby stipulate that, subject to approval by the Court, and for the reasons set forth below, the Joint Case Management Conference currently scheduled for July 6, 2012 be changed to July 20, 2012.

GOOD CAUSE offered: lead Defense Attorney, Raymond M. Paetzold will be out of the state on a family matter from July 5, 2012 to July 9, 2012. Attorney Paetzold is the counsel of record for Defendant and the attorney most familiar with the issues and best prepared to address the matters referred to in the Court's Case Management Conference Order entered on May 23, 2012. July 20, 2012 is the next day on this Court's calendar on which counsel for both parties are available. Accordingly, the parties respectfully request that the Case Management Conference currently set for July 6, 2012 at 2:30 p.m. be rescheduled for July 20, 2012, at the same time and courtroom.

The parties intend to file their joint Case Management Statement and complete the exchange of their Initial Disclosures under Rule 26, Federal Rules of Civil Procedure by June 29, 2012.

SO STIPULATED.

DATED:  June 21, 2012        BIRNBERG & ASSOCIATES


                             By ___/s/ Cory A. Birnberg
                                   Cory A. Birnberg
                             Attorney for Plaintiff Dave Williams


DATED:  June 21, 2012        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


                             By: /s/ Raymond M. Paetzold
                                   Raymond M. Paetzold
                             Attorneys for Defendant
                                   TransBay Container Terminal, Inc.

EMARD DANOFF PORT TAMULSKI
& PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CHANGE JOINT CASE MANAGEMENT CONFERENCE DATE
Case No. CV 11-6596
G:\24147.243 Williams\Pleadings\Stip to change CMC date.doc

<u>Certification of Signatures</u>
I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                                          <u>/s/ Raymond M. Paetzold</u>
                                          Raymond M. Paetzold

EMARD DANOFF PORT TAMULSKI
& PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CHANGE JOINT CASE MANAGEMENT CONFERENCE DATE
Case No. CV 11-6596
G:\24147.243 Williams\Pleadings\Stip to change CMC date.doc

1   IT IS SO ORDERED.

2

3   The Initial Case Management Conference is hereby set for July 20, 2012 at 02:30 p.m. in

4   Courtroom 10, 19th Floor, San Francisco.

5

6   Dated: ___6/26/12___     _____
         SUSAN ILLSTON

7        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMARD DANOFF PORT TAMULSKI
& PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CHANGE JOINT CASE MANAGEMENT CONFERENCE DATE
Case No. CV 11-6596
G:\24147.243 Williams\Pleadings\Stip to change CMC date.doc