BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (State Bar #105468)
1083 Mission Street, 3rd Floor
San Francisco, CA  94103
Telephone:	415-398-1040
Facsimile:	415-398-2001

Attorneys for Plaintiff
DAVE WILLIAMS


EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Raymond M. Paetzold (State Bar #77678)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:	415-227-9455
Facsimile:	415-227-4255

Attorneys for Defendant
TRANSBAY CONTAINER TERMINAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE WILLIAMS,<br><br>         Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL TRANSPORTATION SERVICES, INC., and/or TRANSBAY CONTAINER TERMINAL, INC.,<br><br>         Defendants. | Case No.:  CV 11-6596 SI<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

     COMES NOW PLAINTIFF, Dave Williams and Defendants International Transportations Services, Inc. and Transbay Container Terminal, Inc.  and hereby stipulate to dismiss this action with prejudice pursuant to FRCP 41(a). Previously this matter was dismissed **without** prejudice, and this settlement now having been consummated, the parties request that

- 1 -
**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**
Case No. CV 11-6596

the court dismisses the matter **with** prejudice.

SO STIPULATED.


Respectfully submitted,

DATED: February 20, 2013          BIRNBERG & ASSOCIATES


By ___/s/ Cory A. Birnberg
Cory A. Birnberg
Attorney for Plaintiff Dave Williams

DATED: February 20, 2013          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By: /s/ Raymond M. Paetzold
Raymond M. Paetzold
Attorneys for Defendants
International Transportation Services, Inc.
TransBay Container Terminal, Inc.


Certification of Signatures
I attest that the content of this document is acceptable to all persons above, who were required to sign it.

/s/ Cory A. Birnberg
Cory A. Birnberg


**ORDER**

Based upon the foregoing stipulation and good cause appearing therefor,

IT IS ORDERED that this matter be dismissed with prejudice.

Dated:  ____2/21/13____          _____
SUSAN ILLSTON
United States District Judge

- 2 -
**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**
Case No. CV 11-6596