1   BIRNBERG & ASSOCIATES
    CORY A. BIRNBERG (State Bar #105468)
2   1083 Mission Street, 3rd Floor
    San Francisco, CA  94103
3   Telephone:    415-398-1040
    Facsimile:    415-398-2001
4

5   Attorneys for Plaintiff
    DAVE WILLIAMS
6

7
    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
8   Raymond M. Paetzold (State Bar #77678)
    49 Stevenson Street, Suite 400
9   San Francisco, CA  94105
    Telephone:    415-227-9455
10  Facsimile:    415-227-4255

11
    Attorneys for Defendant
12  TRANSBAY CONTAINER TERMINAL, INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17  DAVE WILLIAMS,                          Case No.:  CV 11-6596 SI

18        Plaintiff,                        **STIPULATION TO DISMISS WITH
                                            PREJUDICE AND ORDER THEREON**
19        vs.

20  INTERNATIONAL TRANSPORTATION
    SERVICES, INC., and/or TRANSBAY
21  CONTAINER TERMINAL, INC.,

22        Defendants.

23

24

25        COMES NOW PLAINTIFF, Dave Williams and Defendants International

26  Transportations Services, Inc. and Transbay Container Terminal, Inc.   and hereby stipulate to

27  dismiss this action with prejudice pursuant to FRCP 41(a). Previously this matter was dismissed

28  **without** prejudice, and this settlement now having been consummated, the parties request that

                                    - 1 -
    **STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**
                          Case No. CV 11-6596

1   the court dismisses the matter **with** prejudice.

2        SO STIPULATED.

3

4        Respectfully submitted,

5   DATED:  February 20, 2013          BIRNBERG & ASSOCIATES

6

7                                      By ___/s/ Cory A. Birnberg
                                          Cory A. Birnberg
8                                      Attorney for Plaintiff Dave Williams

9
    DATED:  February 20, 2013          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
10

11

12                                     By: /s/ Raymond M. Paetzold
                                           Raymond M. Paetzold
13                                         Attorneys for Defendants
                                           International Transportation Services, Inc.
14                                         TransBay Container Terminal, Inc.

15

16                          Certification of Signatures
17            I attest that the content of this document is acceptable to all persons above, who

18   were required to sign it.

19                                     /s/ Cory A. Birnberg
                                       Cory A. Birnberg
20

21

22                              **ORDER**

23      Based upon the foregoing stipulation and good cause appearing therefor,

24
25      IT IS ORDERED that this matter be dismissed with prejudice.

26   Dated: _____2/21/13_____          _____
27                                     SUSAN ILLSTON
                                       United States District Judge
28

- 2 -
**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**
Case No. CV 11-6596